SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 TE-2-177
Rosharon, TX 77583

77,138-38

November 2, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
P.O. Box 12308
Capitol Station
Austin, TX 78711

RE: Civil Action No. DC-15-00716-D  Abuse of Discretion

Dear Court of Criminal Appeal;

See Exhibit A, which is my notice of the Judge' Abuse of Discretion in Civil Suit No. DC-15-00716-D. I forwarded this notice to the Court of Appeals, 5th Dist., and it was returned back to me. The Judge of the 95th Judicial Court, in Dallas County, Texas is totally ignoring my motions etc. This Judge set a Trial Date for November 16, 2015, knowing that I am incarcerated in TDCJ, and I have no means of my own, to transport myself to Dallas County, I am totally indigent and can not afford to pay for my own transportation. Therefore, I am respectfully requesting that the Court of Criminal Appeals to get involved, and ORDER the trial Judge to grant my Motion for Bench. Recently, I have filed, on an 11.07 Writ of Habeas Corpus, an Ad Testificandum, dated November 2, 2015; with the District Clerk. Thanks for your time and a speedy response would be greatly appreciated.

Sincerely,
Senrick Wilkerson

P.S.
Enclosed is a Copy of the Motion for Bench Warrant, in the above numbered cause, date October 30, 2015.

This document contains some pages that are of poor quality at the time of imaging.

SENRICK WILKERSON
TDCJ NO. 1885146,
    RELATOR

IN THE CRIMINAL DISTRICT

V.

DALLAS COUNTY DISTRICT CLERK:
FELICIA PITRE
IN HER OFFICIAL CAPACITY,
    RESPONDENT

COURT NO. 3

DALLAS COUNTY, TEXAS

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SENRICK WILKERSON, RELATOR, pro se in the above-styled and numbered cause of action and files this Original Application for Writ of Mandamus, pursuant to the Texas Code of Criminal Procedure, and would show the Court the following:

I.

SENRICK WILKERSON, TDCJ NO. 1885146 is an offender that is illegally incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at Ramsey I Unit, 1100 FM 655, Rosharon, Texas 77583.

Relator filed and submitted a Motion for Nunc Pro Tunc, to the Respondent to correct the Arrest Date; and give the Arrest Date for F10-01183 Sexual Performance by a child & F10-01184 Sexual Assault on a Child. The act sought to be compelled is ministerial, not discretionary in nature.

In the Clerk's record for both cases above, the District Clerk's office/Respondent shows these following four (4) different arrest dates for cause NOS. F10-01183 & F10-01184:

1. the JUDGMENT OF CONVICTION BY JURY & NOTICE OF DISPOSITION documents show the arrest date as 9/7/2008.

2. U.S. District Court Magistrate Jeff Kaplan, stated that the arrest was in September of 2010, See Case No. 3:11-CU-00659-B, page ID 53.

3. the Judicial Information & Criminal History Records document show the arrest was on 12/17/2010.

4. the capias arrest warrants, show that the arrest were executed, on Dec. 23, 2010.

Relator has exhausted his remedies and has no other adequate remedy at law. The Respondent has allowed 30 days to pass and has purposely ignored Relator's Nunc Pro Tunc motion. See Exhibit A.

## II.
## RESPONDENT

Respondent, Felicia Pitre, in her capacity as District Clerk of Dallas County, Texas has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to TCCP Art. 2.21. The Judge of CDC No. 3, purposely fails to respond or rule on Relator's motions, and in Relator's Motion for Nunc Pro Tunc, he has no idea when the Respondent filed it.

## III.
## NUNC PRO TUNC

"Nunc pro tunc" literally means "now and then", and describes the inherent power possessed by a court to make its records speak the truth by correcting the record at a later date to reflect what actually occurred. See Dickson V. State 988 S.W. 2d 261. The purpose of a "nunc pro tunc judgment" is to record a judgment theretofore pronounced by the court but which has been imperfectly or erroneously entered. See Goodman V. Mayer 128 S.W. 2d 1156, 133 Tex. 319.

Relator requests for the transmittal of the Motion for Nunc Pro Tunc, any answers filed, and a certificate reciting the date upon which that finding was made were made by Relator to Felicia Pitre,

Pg. 2 of 3

District Clerk, Dallas County, by certified mail.

To date, Relator has received no response from Respondent regarding Relator's Motion for Nunc Pro Tunc.

Relator request for the Respondent to forward to him, a true and correct copy of the original Arrest Report from cause nos. F10-01183 & F10-01184, which should provide Relator with the true and correct arrest date for both offenses.

IV.

WHEREFORE, PREMISES CONSIDERED, Relator, Senrick Wilkerson, pro se, respectfully request a finding that the Respondent did not transmit his Motion for Nunc Pro Tunc after Relator filed it, and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit a copy of the Motion for Nunc Pro Tunc, any answers filed, a copy of the Arrest Report, and a certificate reciting the date upon which that finding was made, to the Relator & the Court of Criminal Appeals.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
2100 FM 655 7E-2-17T
Rosharon, TX 77583

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd, LB12, Dallas, TX 75207 & Court of Criminal Appeals, P.O. BOX 12308, Austin, TX 78711.

SENRICK WILKERSON

Pg. 3 of 3

CAUSE NO. F10-01183
F10-01184

SENRICK WILKERSON
TDCJ NO. 1885146,
     RELATOR

V.

DALLAS COUNTY DISTRICT CLERK;
FELICIA PITRE
IN HER OFFICIAL CAPACITY,
     RESPONDENT

IN THE CRIMINAL DISTRICT

COURT NO. 3

DALLAS COUNTY, TEXAS

## ORDER

On this day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____ GRANTED

IT IS THEREFORE ORDERED THAT the District Clerk shall immediately transmit to the Relator and the Court of Criminal Appeals a copy of the motion Nunc Pro Tunc, the Arrest Reports, any answers filed, and a certificate reciting the date upon which that transmittal was made

SIGNED on this the ____ day of _____, 20 ___.

_____
PRESIDING JUDGE

# UNSWORN DECLARATION

Under both Federal law (28 U.S.C. § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001 – 132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

I, __SENRICK WILKERSON__, being presently incarcerated in TDCJ Ramsey Unit, in Brazoria County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __2nd__ day of __November__, 20 __15__.

_____
Offender Signature

EXHIBIT
A

October 19, 2015

IN THE
Court of Appeals
Fifth District of Texas at Dallas

RECEIVED IN
COURT OF APPEALS, 5th DIST.

OCT 21 2015

LISA MATZ
CLERK, 5th DISTRICT

CIVIL Case No. DC-15-00716-D

Styled: SENRICK WILKERSON VS. THE CITY OF DALLAS

IN The 95th Judicial District Court
Dallas County, Texas
CAUSE NO. DC-15-00716-D

## ABUSE OF DISCRETION

PLAINTIFF, Senrick Wilkerson, TDCJ No. 1885146, has filed his Motion for Bench Warrant several months ago, and the Judge has not ruled on Plaintiff's motion and the Judge set the trial date for November 16, 2015. In trial court cause No. 08-00843-W, that Judge signed the Motion for Bench Warrant, according to the Court of Appeals, on June 9, 2015, and not once did Dallas County Sheriff ever come transport Plaintiff to Dallas County, nor did Huntsville act on the Motion for Bench Warrant.

In any event the Judge in cause No. DC-15-00716-D has not acted on any Motions that Plaintiff has filed, in regards to his Motion to Bench Warrant. Therefore, Plaintiff is requesting that this higher Court to ORDER the Judge of the 95th Court to grant Plaintiff his Motion for Bench Warrant, so that he can be present at any and all hearings, and especially the trial date that is set for November 16, 2015.

PLAINTIFF PRO SE

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

EXHIBIT
A

CAUSE NO. DC-15-00716-D

SENRICK WILKERSON
VS
THE CITY OF DALLAS ET AL

IN THE JUDICIAL DISTRICT
95TH JUDICIAL COURT
DALLAS COUNTY, TEXAS

## MOTION FOR ISSUANCE OF BENCH WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SENRICK WILKERSON, PLAINTIFF in the above and numbered cause and moves this Honorable Court to issue an Order directing the Sheriff of Dallas County, Texas to have Plaintiff brought into the Courtroom of the 95th Judicial District Court of Dallas County, Texas, for the purposes of any and all hearings, and for the trial that has been set by this Court, on November 16, 2015. Grounds therefore presents the Court the following:

I.

Plaintiff, Senrick Wilkerson, is presently illegally incarcerated in the Ramsey I Unit of the Texas Department of Criminal Justice in Rosharon, Texas, as a result of his illegal convictions.

II.

This suit cannot be fairly made without Plaintiff being at any and all hearings to testify in his own behalf, to select the jury, to present evidence, cross-examine witnesses, and generally defend his interest in this suit.

III.

Trial has been set for November 16, 2015, by the Court.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that an Order be issued directing the Sheriff of Dallas County, Texas, to cause Plaintiff, Senrick Wilkerson, TDCJ No. 1885146 an inmate at the Ramsey I Unit of the Texas Department of Criminal Justice in Rosharon, Texas, to be brought before this Honorable Court at such time of the trial or any hearing in the aforementioned proceedings.

Respectfully submitted,

[signature]

COPY executed October 30, 2015

November 2, 2015

COURT OF CRIMINAL APPEALS
P.O. Box 12308
Capitol Station
Austin, TX 78711

RE: Civil Suit

Dear Court of Criminal Appeals;

I initiated a Civil Suit against Ramsey 1 Unit Warden Mossburger, and the Judge, of the 412th District Court is claiming that my Civil Case was a subject to be governed by an 11.07 Writ of Habeas Corpus. See Exhibit A. My civil suit that I filed in Brazoria County, is not an attack on my illegal convictions. Judge Edwin Denman is also claiming that he did not charge me in the case, but he has charged me. I filed a timely appeal, and it was dismissed. I am requesting that the Court of Criminal Appeals Order the Judge of 412th District Court of Brazoria County, to not violate my due process.

Sincerely

SENRICK WILKERSON 1885146



# W. EDWIN DENMAN

| Brazoria County Courthouse | | Houston 281-756-1915 |
|---|---|---|
| 111 East Locust | **DISTRICT JUDGE** | Brazosport 979-388-1915 |
| 2nd Floor, Suite 201 | **412th Judicial District** | Angleton 979-864-1915 |
| Angleton, Texas 77515 | | Facsimile 979-864-1918 |

July 2, 2015

Mr. Senrick Wilkerson #1885146
Ramsey 1 Unit
1100 FM 655  7E-12-17T
Rosharon, TX 77583

>       RE:     Cause No. 82326-I; *Wilkerson v. Ramsey 1 Unit Warden Mossburger*; in the
>       District Court, Brazoria County, Texas, 412th Judicial District

Dear Mr. Wilkerson:

I have enclosed a copy of the Order I signed today dismissing your most recent suit. Although I do find the causes asserted as having no basis in law and being similar to your previously filed cases, I did not assess Court Costs in this case even though, under the facts, I could have.

I realize that it is frustrating for you, but in the Court's opinion the relief that you seek is subject to and governed by an 11.07 Writ, and this is substantially the same matters that you alleged in Cause Number 78470-I. Certainly, you have the right to appeal this decision to the Court of Appeals, and if I am incorrect, they will let me know.

>                       Sincerely,

>                       W. Edwin Denman

>                       W. EDWIN DENMAN
>                       Judge, 412th District Court

WED:lmk

Enclosure

EXHIBIT
A

823261 - Wilkerson ltr from Judge 7.2.15

SENRICK S. WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

November 2, 2015

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Capitol Station
Austin, TX 78711

RE: Motion for Nunc Pro Tunc

Dear Court of Criminal Appeals:

Dallas County is continuing to LIE and pretend that I never mailed them a Motion for Nunc Pro Tunc! They are LIARS and cheaters!

I received the MEMORANDUM OPINION, for cause Nos. 05-15-01202-CR & 05-15-01203-CR, dated October 21, 2015, where the Court of Appeals specifically said: "We note that the notice of appeal and the motion for nunc pro tunc judgment do not contain the file-stamp of the Dallas County District Clerk stating that appellant did not file the documents with that office. We received correspondence from the Dallas County District Clerk stating that appellant did not file the documents with that office." That's not true! I mailed a copy to Dallas County District Clerk's office and to the Court of Appeals, Fifth Court in Dallas, at the same time. Isn't it a bit strange, how the Court of Appeals received my Nunc Pro Tunc, but Dallas County District Clerk did not? They are continuing to destroy my motions that are legitimate because they know that I am illegally in prison. Therefore, on Nov. 2, 2015, I am mailing to you a copy of the Nunc Pro Tunc motion, that I am mailing to Dallas County District Clerk. Please contact Dallas County District Clerk, and verify that they have received my motion for Nunc Pro Tunc, date Nov. 2, 2015, If they LIE, would you please fax over to them the enclosed copy.

Sincerely
Senrick Wilkerson

CAUSE NOS. F10-01183 & F10-01184

SENRICK WILKERSON
VS
THE STATE OF TEXAS

IN THE CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

## MOTION TO ENTER NUNC PRO TUNC ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SENRICK WILKERSON, DEFENDANT in the above-entitled and numbered cause and moves the Court to enter the judgment and sentence nunc pro tunc, and in support of such motion shows:

I.

"Nunc pro tunc" literally means "now and then," and describes the inherent power possessed by a Court to make its records speak the truth by correcting the record at a later date to reflect what actually occurred. See Dickson V. State 988 S.W. 2d 261. The purpose of a "nunc pro tunc judgment" is to record a judgment theretofore pronounced by the Court but which has been imperfectly or erroneously entered. See Goodman V. Mayer 128 S.W. 2d 1156, 133 Tex. 319.

II.

Defendant was illegally convicted of the offenses of Sexual Performance by a Child & Sexual Assault on a Child, on the 17th day of December, 2010.

III.

An illegal judgment and illegal sentence were entered in the above-entitled and numbered cause but did not reflect accurately the facts that Dallas County is showing these four (4) different arrest dates, fraudulently for cause Nos. F10-01183 & F10-01184:

1. the JUDGMENT OF CONVICTION BY JURY & NOTICE OF DISPOSITION documents show an arrest date as 9/7/2008,

2. See Case No. 3:11-CV-00659-B, page ID 53, where a magistrate judge stated that the arrest, were in September of 2010.

3. the Judicial Information & Criminal History Records, documents show the arrest date as 12/17/2010.

Huntsville' Classification & Records, show that Defendant was arrested, on 9/7/2008, for both cases above. If that were true, then the cause numbers would begin with F08, instead of F10. The reason why both cause Nos., begin with F10, is because on 11/22/2010, Dallas Police Department fraudulently filed both tainted offenses. On 11/24/2010, the prosecutor Brooke B. Grona-Robb fraudulently forged the indictments for cause Nos. F10-01183 & F10-01184. Grona-Robb never presented both cases above to a grand jury or a magistrate judge. Then, on 11/29/2010, the State fraudulently issued the capias arrest warrants for both tainted offenses, without a signature from a magistrate

Page 1 of 2

judge, without a complaint affidavits, probable cause, and without Police investigative files,

On 11/29/2010, the District Clerk stamped this notation on each fraudulent arrest warrant: DISMISSED ON MOTION OF DISTRICT ATTORNEY, but fraudulently show an arrest date of Dec. 23, 2010.

IV.

Although the illegal judgment and the illegal sentence was pronounced on 12/17/2010, Defendant, Senrick Wilkerson was never once arrested, never once arraigned, and never taken before a magistrate judge on both tainted sex offenses above. Therefore, the offenses in reference to cause Nos. F10-01183 & F10-01184 are a nullity and void, and the State never had any jurisdiction over them because Defendant was never arrested, and never arraigned for them.

In any event Defendant has shown you the four(4) different arrest dates, from cause Nos, F10-01183 & F10-01184, which are all fraudulent, tampered with, and falsified. But on August 22, 2013, attorney Julie Lesser stated before Judge Gracie Lewis, that Defendant did not have to be arrested for both cases above. In August of 2012, detective Michael wrote a letter to Defendant admitting that he was never arrested, and never arraigned for both cases. However, the trial docket sheets show, "Defendant arraigned." Attorney Julie Lesser stated, on Aug. 22, 2013, that Defendant waived the arraignments after the jury was selected. In a response from the State in an 11.07, the State stated that defense counsel waived the arraignments, However, in the State's response from Defendant's 2254 Federal Writ, the assistant attorney General stated that Defendant was arraigned before the trial. Defendant moves for the Court to enter the judgment and illegal sentence nunc pro tunc, due to the prosecutorial misconduct, the fraud, the tampering, and the falsifying of government documents

WHEREFORE, PREMISES CONSIDERED, the Defendant prays the court grant this motion and enter a judgment and the illegal sentence nunc pro tunc as requested above.

Respectfully submitted

Copy mailed to Court of Criminal Appeals, to show proof that this motion was mailed, to Dallas County; executed and mailed on November 2, 2015.

Page 2 of 2

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

November 2, 2015

Court of Criminal Appeals

P.O. Box 12308
Capitol Station
Austin, TX 78711

RE: Nunc Pro Tunc Appeals Nos. 05-15-01202-CR &
     05-15-01203-CR

Dear Court of Appeals;
    I filed a Motion for Nunc Pro Tunc, in CDC No. 3 Court
of Dallas County, Texas, and the State purposely ignores any
Motion that I filed. Therefore, I filed a motion for an Appeal,
and on October 2, 2015, the Court of Appeals filed my notice for
appeal. See Exhibit A. Then, on Oct. 21, 2015, the Court of Appeals
dismissed my Appeal for want of jurisdiction. See Exhibit B.
    If the Fifth Court of Appeals don't have jurisdiction,
then the Court of Appeals must have Jurisdiction. I was not
attacking the illegal convictions from cause Nos. F10-01183 and
F10-01184. (Sorry, the Court of Criminal Appeals must have Jurisdiction).
I have also filed a Writ of Mandamus, in this situation. I am
requesting that the Court of Criminal Appeals to ORDER the Court
of Appeals, to allow my Appeal, in the District Courts denial of my
Nunc Pro Tunc Motion. Thank you.

                                        Sincerely
                                        Senrick Wilkerson



Fifth Court of Appeals
600 Commerce Street. Suite 200
Dallas, Texas 75202

RE: Case No. 05-15-01202-CR

02 1P      $ 000.34⁰
0000856274    OCT 02 2015.
MAILED FROM ZIP CODE 75201

October 02 2015
PITNEY BOWES

Style: Senrick Wilkerson
   v.   The State of Texas

7E-2
171

The Court today filed appellant's notice of appeal in the above referenced cause. The 5ᵗʰ
Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of
Criminal Appeals order..

Trial Court Case No. F-1001183                                    Lisa Matz. Clerk

SENRICK SHERN WILKERSON
#1885146
RAMSEY I UNIT
1100 F.M. 655 7 E-2-17T
ROSHARON, TX 77583

EXHIBIT
A

Stacy & Conder, LLP
901 Main Street, Suite 6200
75202-4200



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01202-CR
No. 05-15-01203-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos F10-01183-J, F10-01184-J**

## ORDER

The Court has before it appellant's October 19, 2015 "request for assignment of counsel." The Court has dismissed the appeals for want of jurisdiction. Accordingly, we **DENY** the motion.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE

EXHIBIT
B